FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 JAN 20 PM 1: 11

CLERK J. Burton
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JIMMY BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 105-127 |
| | ) | |
| DR. NICHOLS, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, this case is **DISMISSED** without prejudice as a sanction for Plaintiff's abuse of the judicial process, and the case is **CLOSED**.[1]

SO ORDERED this 20th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Of course, all pending motions are **DENIED** as **MOOT**.